NIGHT BOX
FILED

DEC 0 5 2000

CLERK, USDC / SDFL / WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CIVIL ACTION IN ADMIRALTY

CASE NO. 00-8393 CIV-RYSKAMP
MAGISTRATE JUDGE VITUNAC

IN THE MATTER OF THE COMPLAINT
OF ELIZABETH MARIE FAGO, as Owner
of the 1998 "Sea-Doo" Personal Watercraft
bearing HIN ZZNO7450B898, in a cause of
exoneration from or limitation of liability
_____/

## CLAIMANTS, BOMBARDIER MOTOR CORPORATION OF AMERICA AND BOMBARDIER INC.'S MOTION FOR LEAVE TO FILE ANSWER AND CLAIM

CLAIMANTS, BOMBARDIER MOTOR CORPORATION OF AMERICA and BOMBARDIER INC., by and through undersigned counsel and pursuant to local Admiralty Supplemental Rule F(2), hereby file their Motions for Leave to File Answer and Claim In the Matter of Elizabeth Marie Fago, as Owner of the 1998 "Sea-Doo" Personal Watercraft bearing HIN ZZNO7450B898, in a cause of Exoneration from Limitation or Limitation of Liability, and as grounds therefore state the following:

1.      Petitioner, ELIZABETH MARIE FAGO, as Owner of the 1998 "Sea-Doo" Personal Water Craft bearing HIN ZZNO7450B898, filed a petition for EXONERATION FROM OR LIMITATION OF LIABILITY.

2.      On May 19, 2000, the Court entered an Order approving Plaintiffs' Stipulation for Value, Directing Issuance of Notice and Restraining Lawsuits to all persons asserting claims with respect to which the Complaint seeks limitation. Said Order admonished all persons asserting claims to file their respective claims with the Clerk of the Court in writing and serving

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CIVIL ACTION IN ADMIRALTY

CASE NO. 00-8393 CIV-RYSKAMP
MAGISTRATE JUDGE VITUNAC

IN THE MATTER OF THE COMPLAINT
OF ELIZABETH MARIE FAGO, as Owner
of the 1998 "Sea-Doo" Personal Watercraft
bearing HIN ZZNO7450B898, in a cause of
exoneration from or limitation of liability
_____/

## ANSWER AND CLAIM OF
## BOMBARDIER MOTOR CORPORATION OF AMERICA

BOMBARDIER MOTOR CORPORATION OF AMERICA, by its attorneys, Rumberger, Kirk & Caldwell, P.A., for its Answer and Claim In the Matter of Elizabeth Marie Fago, as Owner of the 1998 "Sea-Doo" Personal Watercraft bearing HIN ZZNO7450B898, in a cause of exoneration from limitation or limitation of liability, says:

1. Denies the allegations contained in paragraph 1 of the Complaint deeming them questions of law to which it need not respond.

2. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, therefore, denies same.

3. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4. Denies knowledge or information sufficient to form a belief as to the truth or allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore, denies same.


EXHIBIT A

6. Denies the allegations contained in paragraph 6 of the Complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and therefore, denies same.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and therefore, denies same.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and therefore, denies same.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and therefore, denies same.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and therefore, denies same.

12. Denies the allegations contained in paragraph 12 of the Complaint deeming them questions of law to which it need not respond.

13. Bombardier Motor Corporation of America denies each and every allegation not expressly admitted herein.

WHEREFORE, BOMBARDIER MOTOR CORPORATION OF AMERICA prays:

(a) That the prayer of Elizabeth Marie Fago, as Owner of the 1998 "Sea-Doo" Personal Water Craft bearing HIN ZZNO7450B898, for exoneration from or limitation of liability be denied;

(b) That this Court grant such other, further, and different relief as justice may require.

## CLAIM OF BOMBARDIER MOTOR CORPORATION OF AMERICA

1.     The accident is alleged to have occurred at approximately 2:25 p.m. on August 31, 1999, when 12 year old Christina Hernandez was operating a 1998 Bombardier Sea-Doo and traveling east in the Intra-Coastal Waterway towards a wooden dock located behind 2181 Radnor Court, Juno Isles, Florida. The dock extended forty-nine and one-half feet out in to the water from the sea wall. Christina Hernandez was traveling at a speed above thirty miles per hour when she struck the wood cross beam of the dock with her chin. The accident was caused by the negligence and fault of Christina Hernandez, Joey Fago and Elizabeth Fago as to which Christina Hernandez, Joey Fago and Elizabeth Fago had privity or knowledge in the following respects, among others, which will be more fully shown at the trial of this cause:

   (a)     By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to collide with a wooden dock located behind 2181 Radnor Court, Juno Isles, Florida;

   (b)     By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be under the care, custody, and control of unqualified and inexperienced persons;

   (c)     By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be under the care, custody and control of persons in violation of Florida Statute §327.39;

   (d)     By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be under the care, custody and control of persons in violation of Florida Statute §327.395;

(e) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be navigated in an unsafe manner;

(f) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be navigated in such a way as to not keep from striking a wooden dock located in the Intra-Coastal Waterway, behind 2181 Radnor Court, June Isles, Florida;

(g) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be operated at a high rate of speed;

(h) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be navigated while the operator was under 14 years of age;

(i) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be navigated while the operator was under 21 years of age without a vessel photographic identification and a boater safety identification card; and

(j) By such other negligence and fault as will be shown at the time of trial of this cause.

2. If, as a result of the negligence and fault of Christina Hernandez, Joey Fago and Elizabeth Fago, a judgment is rendered against Bombardier Motor Corporation of America for personal injuries or property damage, that it be afforded indemnification and/or contribution based upon the proportion of relative responsibility which is found to be attributed to Christina Hernandez, Joey Fago and Elizabeth Fago.

WHEREFORE, BOMBARDIER MOTOR CORPORATION OF AMERICA prays:

4

(a) That the claims of BOMBARDIER MOTOR CORPORATION OF AMERICA for contribution and/or indemnification be approved and allowed in full;

(b) That judgment be entered against petitioner ELIZABETH MARIE FAGO, as Owner of the 1998 "Sea-Doo" Personal Water Craft bearing HIN ZZNO7450B898, plus interests and costs; and

(c) That this Court grant such other, further, and different relief as justice may require.

Respectfully submitted,

RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre
80 Southwest 8th Street
Suite 3000
(305) 358-5577
Attorneys for Bombardier Motor Corporation
of America

By: _____
Scott M. Sarason, Esq.
FBN 0394718
H. Jacey Kaps, Esq.
FBN 0056677

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail this 5 day of December, 2000, to: **Richard E. Tullie, P.A.**, One Park Place, Suite 385, 621 N.W. 53rd Street, Boca Raton, Florida 33487; **Gerald Lefebvre, Esq.**, 1910 S. Parrot Avenue, Okeechobee, Florida 34974, and **John Wiederhold, Esq.**, Wiederhold, Moses & Rubin, P.O. Box 3918, West Palm Beach, FL 33402.

_____
Scott M. Sarason, Esq.

246200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

CIVIL ACTION IN ADMIRALTY

CASE NO. 00-8393 CIV-RYSKAMP
MAGISTRATE JUDGE VITUNAC

IN THE MATTER OF THE COMPLAINT
OF ELIZABETH MARIE FAGO, as Owner
of the 1998 "Sea-Doo" Personal Watercraft
bearing HIN ZZNO7450B898, in a cause of
exoneration from or limitation of liability
_____/

## ANSWER AND CLAIM OF
## BOMBARDIER INC.

BOMBARDIER INC., by its attorneys, Rumberger, Kirk & Caldwell, P.A., for its Answer and Claim In the Matter of Elizabeth Marie Fago, as Owner of the 1998 "Sea-Doo" Personal Watercraft bearing HIN ZZNO7450B898, in a cause of exoneration from limitation or limitation of liability, says:

1.   Denies the allegations contained in paragraph 1 of the Complaint deeming them questions of law to which it need not respond.

2.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, therefore, denies same.

3.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies same.

4.   Denies knowledge or information sufficient to form a belief as to the truth or allegations contained in paragraph 4 of the Complaint and, therefore, denies same.

5.   Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 5 of the Complaint and therefore, denies same.



6. Denies the allegations contained in paragraph 6 of the Complaint.

7. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Complaint and therefore, denies same.

8. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Complaint and therefore, denies same.

9. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and therefore, denies same.

10. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and therefore, denies same.

11. Denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and therefore, denies same.

12. Denies the allegations contained in paragraph 12 of the Complaint deeming them questions of law to which it need not respond.

13. Bombardier Inc. denies each and every allegation not expressly admitted herein.

WHEREFORE, BOMBARDIER INC. prays:

(a) That the prayer of Elizabeth Marie Fago, as Owner of the 1998 "Sea-Doo" Personal Water Craft bearing HIN ZZNO7450B898, for exoneration from or limitation of liability be denied;

(b) That this Court grant such other, further, and different relief as justice may require.

## CLAIM OF BOMBARDIER INC.

1. The accident is alleged to have occurred at approximately 2:25 p.m. on August 31, 1999, when 12 year old Christina Hernandez was operating a 1998 Bombardier Sea-Doo and

2

traveling east in the Intra-Coastal Waterway towards a wooden dock located behind 2181 Radnor Court, Juno Isles, Florida. The dock extended forty-nine and one-half feet out in to the water from the sea wall. Christina Hernandez was traveling at a speed above thirty miles per hour when she struck the wood cross beam of the dock with her chin. The accident was caused by the negligence and fault of Christina Hernandez, Joey Fago and Elizabeth Fago as to which Christina Hernandez, Joey Fago and Elizabeth Fago had privity or knowledge in the following respects, among others, which will be more fully shown at the trial of this cause:

    (a)    By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to collide with a wooden dock located behind 2181 Radnor Court, Juno Isles, Florida;

    (b)    By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be under the care, custody, and control of unqualified and inexperienced persons;

    (c)    By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be under the care, custody and control of persons in violation of Florida Statute §327.39;

    (d)    By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be under the care, custody and control of persons in violation of Florida Statute §327.395;

    (e)    By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be navigated in an unsafe manner;

    (f)    By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be navigated in such a way as to not keep from striking a

3

wooden dock located in the Intra-Coastal Waterway, behind 2181 Radnor Court, June Isles, Florida;

(g) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be operated at a high rate of speed;

(h) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898, to be navigated while the operator was under 14 years of age;

(i) By causing and permitting the 1998 Bombardier Sea-Doo, bearing HIN ZZNO7450B898 to be navigated while the operator was under 21 years of age without a vessel photographic identification and a boater safety identification card; and

(j) By such other negligence and fault as will be shown at the time of trial of this cause.

2. If, as a result of the negligence and fault of Christina Hernandez, Joey Fago and Elizabeth Fago, a judgment is rendered against BOMBARDIER INC. for personal injuries or property damage, that it be afforded indemnification and/or contribution based upon the proportion of relative responsibility which is found to be attributed to Christina Hernandez, Joey Fago and Elizabeth Fago.

WHEREFORE, BOMBARDIER INC. prays:

(a) That the claims of BOMBARDIER INC. for contribution and/or indemnification be approved and allowed in full;

(b) That judgment be entered against petitioner ELIZABETH MARIE FAGO, as Owner of the 1998 "Sea-Doo" Personal Water Craft bearing HIN ZZNO7450B898, plus interests and costs; and

4

(c) That this Court grant such other, further, and different relief as justice may require.

Respectfully submitted,

RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre
80 Southwest 8th Street
Suite 3000
(305) 358-5577
Attorneys for Bombardier Inc.

By: _____
Scott M. Sarason, Esq.
FBN 0394718
H. Jacey Kaps, Esq.
FBN 0056677

5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via U.S. Mail this 5 day of December, 2000, to: **Richard E. Tullie, P.A.**, One Park Place, Suite 385, 621 N.W. 53rd Street, Boca Raton, Florida 33487; **Gerald Lefebvre, Esq.**, 1910 S. Parrot Avenue, Okeechobee, Florida 34974, and **John Wiederhold, Esq.**, Wiederhold, Moses & Rubin, P.O. Box 3918, West Palm Beach, FL 33402.

_____
Scott M. Sarason, Esq.

246207